**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STEPHANIE MCFALLS**                                                                **PLAINTIFF**


**v.**                                        **4:21-cv-01210-LPR-JJV**

**KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration**                                          **DEFENDANT**


<u>**ORDER**</u>

The Court has received the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe.   The Court has also received objections thereto.   After a careful review of the objections, as well as a *de novo* review of the PFRD and record, the Court approves and adopts the PFRD as this Court's findings in all respects. Accordingly, the decision of the Commissioner is AFFIRMED, and judgment will be entered in the Commissioner's favor.[1]

IT IS SO ORDERED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Although the Court fully adopts the substantive merits of the PFRD, the Court has a technical alteration to the PFRD's suggested resolution of this case.   The Court finds that the proper disposition in this case is to affirm the Commissioner's decision and accordingly enter judgment on the merits in the Commissioner's favor.