IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHANIE MCFALLS**                                                                                    **PLAINTIFF**

v.                                          4:21-cv-01210-LPR-JJV

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed, and judgment is entered in favor of the Commissioner.

DATED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE